IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREND MICRO INCORPORATED,
a California corporation,

    Plaintiff,

  v.

WHITECELL SOFTWARE, INC.,
a Delaware corporation,

    Defendant.
    _____/

No. C 10-02248 WHA

**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The Court **DENIES** the plaintiff's unopposed request for a continuance of the case management conference for eight weeks. The complaint was filed on May 24, 2010, and plaintiff waited almost three months before it declined to proceed before the magistrate judge. It is time to move the case along.

**IT IS SO ORDERED.**

Dated: August 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE