1  YAR CHAIKOVSKY (CA Bar No. 175421)
   McDERMOTT WILL & EMERY LLP
2  275 Middlefield Road, Suite 100
   Menlo Park, CA  94025
3  Telephone:    650.815.7400
   Facsimile:    650.815.7401
4  E-mail: ychaikovsky@mwe.com

5  CHRISTOPHER D. BRIGHT (CA Bar No. 206273)
   McDERMOTT WILL & EMERY LLP
6  18191 Von Karman Avenue, Suite 500
   Irvine, CA  92612-7108
7  Telephone:    949.851.0633
   Facsimile:    949.851.9348
8  E-mail: cbright@mwe.com

9  Attorneys for Plaintiff
   TREND MICRO INCORPORATED
10

11 JOHN V. PICONE III (CA Bar No. 187226)
   HOPKINS & CARLEY
12 The Letitia Building
   70 South First Street
13 San Jose, CA 95113
   408.286.9800 (main)
14 408.938.6219 (fax)
   jpicone@hopkinscarley.com
15
   Attorney for Defendant
16 WHITECELL SOFTWARE, INC.

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19
                    SAN FRANCISCO DIVISION
20

21  TREND MICRO INCORPORATED, a         | **CASE NO.  C 10-02248 WHA**
    California corporation,
22                                      | **JOINT** ~~**PROPOSED**~~ **CLAIM**
                    Plaintiff,          | **CONSTRUCTION BRIEFING**
23                                      | **SCHEDULE**
           v.
24
    WHITECELL SOFTWARE, INC., a
25  Delaware corporation,               | Pretrial Conference: January 16, 2012
                                        | Trial: January 23, 2012
26                  Defendant.

27

28

JOINT ~~PROPOSED~~ CLAIM                                    Case No.  C 10-02248 WHA
CONSTRUCTION SCHEDULE

On September 2, 2010, the Court issued an Order setting the hearing on Claim Construction for March 30, 2011 (Docket No. 20). The parties were ordered to meet and confer and file a proposed claim construction briefing schedule by September 10, 2010. Pursuant to the Court's Order, the parties have agreed upon the following claim construction briefing schedule:

| Event | Date |
| --- | --- |
| Opening Claim Construction Brief | February 23, 2011 |
| Responsive Claim Construction Brief | March 9, 2011 |
| Reply Claim Construction Brief | March 16, 2011 |

September 10, 2010                                      Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: /s/ Christopher D. Bright
        Christopher D. Bright

Attorneys for Plaintiff
TREND MICRO INCORPORATED

Dated: September 10, 2010                               Respectfully submitted,

HOPKINS & CARLEY

By: /s/ John V. Picone III
        John V. Picone III

Attorneys for Defendant
WHITECELL SOFTWARE, INC.

1  The Proposed Claim Construction Briefing Schedule is hereby adopted by the Court and
2  the parties are ordered to comply with this Order.

4  **IT IS SO ORDERED**.

Dated: September 13, 2010.    By: _____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge
Northern District of California

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 18191 Von Karman Avenue, Suite 500, Irvine, CA 92612 . I served a copy of the within document(s): **JOINT PROPOSED CLAIM CONSTRUCTION BRIEFING SCHEDULE**

☒  I electronically filed the with the Clerk of the Court using the CM/ECF system

☒  By transmitting via electronic mail the document(s) listed below to the email addresses set forth below on this date:

JOHN V. PICONE III (CA Bar No. 187226)
HOPKINS & CARLEY
The Letitia Building
70 South First Street
San Jose, CA 95113
408.286.9800 (main)
408.938.6219 (fax)
jpicone@hopkinscarley.com

☐  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below:

☐  By Personal Service: I served a true copy to each person[s] named at the address[es] shown.

☐  By Federal Express: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business

Executed on September 10, 2010 at Irvine, California.

      /s/ Terri Carman
      Terri Carman

DM_US 26508522-1.086248.0013

JOINT ~~PROPOSED~~ CLAIM CONSTRUCTION SCHEDULE — - 3 - — Case No. C 10-02248 WHA

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW