John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Defendant
WHITECELL SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREND MICRO INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITECELL SOFTWARE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV10-02248 WHA<br><br>**DECLARATION OF JOHN V. PICONE III IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>Date: November 18, 2010<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup |

I, John V. Picone III, declare:

1. I am an attorney at law, duly licensed to practice law before the Northern District of California, and I am a shareholder of Hopkins & Carley, a Law Corporation, attorneys of record for Defendant WhiteCell Software, Inc. ("WhiteCell"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would competently testify thereto.

2. WhiteCell's answer and/or responsive pleading to the complaint in the above-captioned matter was originally due on September 23, 2010. The parties' extended the time for WhiteCell to respond to the complaint to October 7, 2010.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

750276.1
DECLARATION OF JOHN V. PICONE III IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
COMPLAINT FOR DECLARATORY JUDGMENT (CASE NO. CV10-02248 WHA)

3. A true and correct copy of Defendant Trend Micro Incorporated's Notice of Motion and Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and Memorandum of Points and Authorities in Support of Same filed in the United States District Court, N.D. California, Case Number 08-CV-05371, 2009 WL 1139589 (Feb. 23, 2009) is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of October, 2010, at San Jose, California.

                    /s/ John V. Picone III
                    John V. Picone III

750276.1   - 2 -
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE
DECLARATION OF JOHN V. PICONE III IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
COMPLAINT FOR DECLARATORY JUDGMENT   (CASE NO. CV10-02248 WHA)