```
                                    PAGES 1 - 7

              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

          BEFORE THE HONORABLE WILLIAM H. ALSUP

TREND MICRO INCORPORATED, A        )
CALIFORNIA CORPORATION,            )
                                   )
            PLAINTIFF,             )
                                   )
  VS.                              ) NO. C 10-2248 WHA
                                   )
WHITECELL SOFTWARE, INC., A        )
DELAWARE CORPORATION,              )
                                   ) SAN FRANCISCO, CALIFORNIA
            DEFENDANT.             ) THURSDAY
                                   ) SEPTEMBER 2, 2010
_____)
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF**            MC DERMOTT, WILL & EMERY
                             275 MIDDLEFIELD ROAD
                             SUITE 100
                             MENLO PARK, CALIFORNIA  94025
                        **BY:  YAR R. CHAIKOVSKY, ESQUIRE**


**FOR DEFENDANT**            HOPKINS & CARLEY
                             70 SOUTH FIRST STREET
                             SAN JOSE, CALIFORNIA  95113
                        **BY:  JOHN V. PICONE, III, ESQUIRE**




*REPORTED BY:  JOAN MARIE COLUMBINI, CSR #5435, RPR*
*              OFFICIAL COURT REPORTER, U.S. DISTRICT COURT*

1              **PROCEEDINGS; THURSDAY, SEPTEMBER 2, 2010**

2

3         **THE COURT:**  NEXT WE GO TO TREND MICRO, INCORPORATED
4  VERSUS WHITECELL SOFTWARE.
5         **MR. PICONE:**  GOOD MORNING, YOUR HONOR.  JOHN PICONE
6  ON BEHALF OF THE DJ DEFENDANT WHITECELL.
7         **MR. CHAIKOVSKY:**  GOOD MORNING, YOUR HONOR.  YAR
8  CHAIKOVSKY FOR DJ PLAINTIFF TREND MICRO.
9         **THE COURT:**  OKAY.  ALL RIGHT.  THIS IS ANOTHER PATENT
10 CASE?
11        **MR. PICONE:**  YOU SOUND EXCITED.
12        **THE COURT:**  SOUNDS EXCITING.
13        HERE'S YOUR SCHEDULE:  ALL INITIAL DISCLOSURES MUST
14 BE COMPLETED BY SEPTEMBER 10.  LEAVE TO ADD ANY NEW PARTIES OR
15 PLEADING AMENDMENTS MUST BE SOUGHT BY NOVEMBER 30.  CLAIM
16 CONSTRUCTION HEARING WILL BE MARCH 30, NEXT YEAR, AT 1:00 P.M.
17        COUNSEL SHALL MEET AND CONFER AND PROPOSE A BRIEFING
18 SCHEDULE THAT LEADS UP TO THIS HEARING.  THIS BRIEFING SCHEDULE
19 MUST BE FILED BY SEPTEMBER 10 THIS YEAR; IN OTHER WORDS, ABOUT A
20 WEEK AWAY.
21        FOR THE CLAIM CONSTRUCTION HEARING, THE PARTIES MUST
22 ISOLATE NO MORE THAN SIX PHRASES IN ALL CLAIMS AT ISSUE AND
23 LIMIT THE HEARING TO THOSE PHRASES.
24        NOW, I WANT TO SAY I KNOW I MUST ULTIMATELY RESOLVE
25 ANY OTHER PHRASES THAT ARE AT ISSUE.  I'LL DO THAT BEFORE THE

1  CASE GOES TO THE JURY FOR INSTRUCTION.  BUT THE LAW DOES NOT
2  REQUIRE RULING ON THAT EARLIER THAN THAT.  BUT, NONETHELESS, I
3  WILL DO SIX PHRASES AT THE CLAIM CONSTRUCTION HEARING.
4         A TUTORIAL FOR THE COURT WILL BE CONDUCTED BY COUNSEL
5  ON MARCH 16TH, NEXT YEAR, AT 1:00 P.M.  FACT DISCOVERY CUTOFF,
6  SEPTEMBER 30, NEXT YEAR.  EXPERT REPORTS DUE SEPTEMBER 30, NEXT
7  YEAR.  LAST DAY TO FILE SUMMARY JUDGMENT, NOVEMBER 3RD, NEXT
8  YEAR.  FINAL PRETRIAL CONFERENCE WILL BE JANUARY 16TH, 2012.
9  JURY TRIAL ON JANUARY 23RD, 2012.
10        THIS CASE WILL BE REFERRED TO MAGISTRATE JUDGE RYU
11 FOR SETTLEMENT AND MEDIATION.
12        LET ME STOP THERE BEFORE I GO ANY FURTHER.  ANY
13 ISSUES WITH THAT SCHEDULE?
14        **MR. PICONE:**  THE ONLY QUESTION I HAVE, YOUR HONOR, IS
15 IF WE ARE GOING TO STICK TO OUR INFRINGEMENT CONTENTIONS, WE
16 HAVE JUST A BIT OF A DISPUTE AS TO --
17        **THE COURT:**  WHAT DO THE RULES REQUIRE?  WHATEVER THE
18 RULES REQUIRE ON THAT IS WHEN YOU'VE GOT TO DO IT.
19        **MR. PICONE:**  ALL RIGHT.  WE JUST WANTED A LITTLE MORE
20 TIME.
21        **MR. CHAIKOVSKY:**  I HAVE ONE QUESTION.  WHEN YOU SAY
22 "SIX PHRASES," THAT'S IN TOTAL COMBINED FROM BOTH PARTIES?
23        **THE COURT:**  TOTAL COMBINED FROM BOTH PARTIES.
24        MY THEORY IS THIS:  WHEN I FIRST STARTED IN THIS JOB
25 THE PATENT LAWYERS WOULD ASK THE JUDGE TO CONSTRUE 65 PHRASES,

```
 1   OR 23 PHRASES, OR WHATEVER.  THERE'S NO WAY THAT ANY JUDGE COULD
 2   POSSIBLY GET THOSE RIGHT.  EVERY ONE OF THEM IS DE NOVO REVIEWED
 3   BY THE FEDERAL CIRCUIT.  IT'S MUCH SAFER AND WISER TO
 4   CONCENTRATE ON THE CLAIMS THAT REALLY MATTER IN THE CASE AND TO
 5   GIVE QUALITY TIME TO THOSE PHRASES.
 6            MR. PICONE:  I UNDERSTAND.
 7            THE COURT:  THAT'S WHAT I TRY TO DO.  AND I FOUND OUT
 8   NOW FOR AT LEAST SEVEN OR EIGHT YEARS I HAVE BEEN LIMITING THE
 9   NUMBER OF PHRASES -- AND THE TRUTH IS, I COULD PROBABLY DO THREE
10   PHRASES OR FOUR PHRASES AND THAT WOULD BE ENOUGH, BECAUSE THOSE
11   USUALLY ARE ALL THAT MATTER IN A CASE.
12            AND, SO, I'LL GIVE YOU SIX.  EACH SIDE CAN PICK THREE
13   IF YOU CAN'T AGREE ON THEM.
14            MR. PICONE:  JUST BACK TO -- WE WANTED TO BUMP OUR
15   INITIAL INFRINGEMENT CONTENTIONS BY 30 DAYS, JUST TO GIVE US A
16   LITTLE MORE TIME.
17            THE COURT:  WHO'S THE PLAINTIFF?  YOU ARE THE
18   PLAINTIFF, AREN'T YOU?
19            MR. PICONE:  WELL, WE'RE DJ PLAINTIFF.  WE JUST GOT
20   SERVED ON THE 24TH.
21            MR. CHAIKOVSKY:  I WOULD SAY THEY SENT US A LETTER
22   SAYING THE PATENT WAS APPLICABLE TO OUR TECHNOLOGY IN APRIL.
23   THE COMPLAINT WAS FILED IN MAY.  THEY HAVE HAD MORE THAN
24   ADEQUATE TIME TO DISCERN HOW THEIR PATENT ALLEGEDLY APPLIES TO
25   OUR PRODUCT.
```

1            **THE COURT:**  WAIT.  I THOUGHT YOU SAID YOU WERE -- ARE
2   YOU ASSERTING A PATENT AGAINST THEIR PRODUCT?
3            **MR. PICONE:**  WELL, ON A COUNTERCLAIM, YOUR HONOR.  WE
4   ARE THE DJ DEFENDANT.  THEY SUED US CLAIMING INVALIDITY AND
5   NONINFRINGEMENT AFTER WE SENT THEM A LETTER.
6            **THE COURT:**  WHEN DID YOU SEND THAT LETTER?
7            **MR. CHAIKOVSKY:**  IT IS IN APRIL OF THIS YEAR, YOUR
8   HONOR.
9            **THE COURT:**  APRIL.  LET'S SEE.  APRIL.  ONE MONTH,
10  TWO, THREE, FOUR, FIVE -- NOW WE ARE IN THE SIXTH MONTH.  BY NOW
11  YOU SHOULD KNOW WHY YOU SENT THE LETTER.
12           **MR. PICONE:**  YOUR HONOR, THEY HAD THEIR PATENT
13  PROSECUTION COUNSEL WORKING WITH THEM ON LICENSING.  THEY JUST
14  HIRED LITIGATION COUNSEL LAST WEEK.  IT'S FOR MY BENEFIT, YOUR
15  HONOR, REALLY.
16           **MR. CHAIKOVSKY:**  I WOULD SUGGEST TO YOUR HONOR
17  THERE'S A DIFFERENT REASON FOR IT.  WE PROVIDED SOME VERY GOOD
18  PRIOR ART YESTERDAY WHEN YOU ASKED US TO SERVE THE COMPLAINT.
19  WE DID LAST WEEK.  IN DOING SO WE PROVIDED SOME VERY GOOD PRIOR
20  ART.  IN LIGHT OF THAT, THEY WANT TO FILE A MOTION TO STAY
21  PENDING REEXAM.  THAT'S IN THE CASE MANAGEMENT CONFERENCE.  THEY
22  WANT TO BUY THIS TIME IN ORDER TO PREPARE REEXAM AND THEN MOVE
23  YOUR HONOR FOR A STAY OF THIS CASE.
24           **THE COURT:**  LOOK.  I WILL GIVE YOU TWO ADDITIONAL
25  WEEKS FROM WHATEVER -- ON BOTH THE INFRINGEMENT AND INVALIDITY,

1  BUT THAT'S IT.  SO YOU TWO WORK OUT WHEN THAT WOULD NORMALLY BE
2  DUE.
3           **MR. PICONE:**  THAT'S FINE, YOUR HONOR.  THAT WORKS.
4           **MR. CHAIKOVSKY:**  AND ALL OTHER DATES REMAIN THE SAME?
5           **THE COURT:**  ALL THE ONES I GAVE YOU A WHILE AGO ARE
6  LOCKED IN CONCRETE UNLESS YOU TALK ME OUT OF IT RIGHT NOW.
7           **MR. CHAIKOVSKY:**  OKAY.
8           **THE COURT:**  I DON'T HEAR ANYBODY DOING THAT.  OKAY.
9           NOW, LET ME ASK YOU ONE OTHER QUESTION.
10          THESE PATENT CASES, THE LAWYERS SOMETIMES ARE
11 REASONABLE AND SOMETIMES THEY'RE TOTALLY UNREASONABLE ON
12 DISCOVERY.  SO, I NORMALLY KEEP THE DISCOVERY DISPUTES FOR
13 MYSELF ON ALL CASES EXCEPT IN PATENT CASES WHERE IT'S TOO
14 FRUSTRATING.  BUT IF YOU PROMISE -- BOTH SIDES PROMISE TO BE
15 REASONABLE ON DISCOVERY, THEN I WILL RETAIN THE DISCOVERY
16 DISPUTES FOR MYSELF.
17          **MR. PICONE:**  I PROMISE TO BE REASONABLE, YOUR HONOR.
18          **MR. CHAIKOVSKY:**  I DO ALSO, YOUR HONOR.
19          **THE COURT:**  ALL RIGHT.  IN THAT CASE, I WILL KEEP THE
20 DISCOVERY FOR MYSELF, AND I WILL SEE IF YOU ARE REASONABLE.
21 FINE.  ANYTHING MORE TODAY?
22          **MR. PICONE:**  NO, YOUR HONOR.
23          **THE COURT:**  I'LL GET OUT AN ORDER SOON THAT WILL
24 CAPTURE THESE DATES, AND WE'LL BE OFF AND RUNNING.
25          AGAIN, I DO WORK HARD TO KEEP THE CASES ON TRACK.  I

```
 1  GET THE ORDERS OUT QUICKLY, AND YOU MUST BE READY TO GO.  DON'T
 2  PUT OFF YOUR DISCOVERY UNTIL THE LAST FEW WEEKS BECAUSE IT WILL
 3  BE TOO LATE.  YOU WILL NOT GET A CONTINUANCE.
 4           MR. PICONE:  UNDERSTAND.
 5           THE COURT:  GREAT.  THANK YOU.
 6           MR. CHAIKOVSKY:  THANK YOU, YOUR HONOR.
 7           THE COURT:  GOOD LUCK.
 8                  (PROCEEDINGS ADJOURNED.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*JOAN MARIE COLUMBINI, CSR, RPR*
*OFFICIAL COURT REPORTER, U.S. DISTRICT COURT*
*415-255-6842*

# CERTIFICATE OF REPORTER

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 10-2248 WHA, TREND MICRO V. WHITECELL, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.


S/B JOAN MARIE COLUMBINI

_____

JOAN MARIE COLUMBINI, CSR 5435, RPR

TUESDAY, NOVEMBER 9, 2010