**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WHITECELL SOFTWARE, INC., and FORTINET, INC.,<br><br>Defendants. | No. C 10-02248 WHA<br><br><br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action,

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE