IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WHITECELL SOFTWARE, INC., and FORTINET, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-02248 WHA<br><br>**ORDER REGARDING<br>SEALED FILINGS** |

　　　　In the February 14 order resolving all pending motions for leave to file documents under seal, the parties were directed to make certain filings. The deadline for these filings has passed. All except one set were made — Trend Micro still has not filed the complete versions of exhibits B, C, D, E, and L to the Bright declaration under seal. Trend Micro is reminded that the copies of these documents provisionally lodged with the Court pending resolution of its motion to file them under seal are *not* part of the record. Trend Micro shall please properly file these items under seal by **NOON ON FEBRUARY 18, 2011**.

　　　　**IT IS SO ORDERED.**

Dated: February 17, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE